# UNITED STATES DISTRICT COURT
## DISTRICT OF HAWAII

| | |
|---|---|
| PATRICIA P. CAMPBELL,<br><br>Plaintiffs,<br><br>V.<br><br>STATE OF HAWAII DEPARTMENT OF EDUCATION; PATRICIA HAMAMOTO, Super Superintendent of Public Schools; BRUCE ANDERSON, Complex Area Superintendent; ROBYN HONDA, Personnel Regional Officer; SUSAN SCOFIELD, Principal of King Kekaulike High School; ANTHONY JONES and BARBARA OURA Vice Principals of King Kekaulike High School; KURTIS SAIKI, Athletic Director of King Kekaulike High School,<br><br>Defendants. | JUDGMENT IN A CIVIL CASE<br><br>Case: CIVIL 13-00083 DKW-RLP<br><br>FILED IN THE<br>UNITED STATES DISTRICT COURT<br>DISTRICT OF HAWAII<br><br>April 10, 2015<br><br>At 4 o'clock and 00 min p.m.<br>SUE BEITIA, CLERK |

[✓] **Decision by Court**. This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment on the pleadings is granted in favor of Defendants pursuant to the "Order Granting Defendants' Motion for Judgment on the Pleadings" filed on June 19, 2014.
    IT IS FURTHER ORDERED that summary judgment on all of Campbell's remaining claims is entered in favor of Defendant State of Hawaii, Department of Education pursuant to the "Order Granting Defendant State of Hawaii, Department of Education's Motion for Summary Judgment" filed on April 10, 2015.

| | |
|---|---|
| April 10, 2015 | SUE BEITIA |
| Date | Clerk |
| | /s/ Sue Beitia by ES |
| | (By) Deputy Clerk |